1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ANGUIANO, | Case No. 2:20-cv-08730-JFW (GJS) |
| Plaintiff | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Denying Leave To Proceed Without Prepayment Of Filing Fee And Dismissing Action Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: November 17, 2020

_____

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE